IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
2.    JULIO ORTIZ;
3.    NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4.    **JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto"**;
5.    KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.    DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition on behalf of Defendant Jesus Alberto Villar-Gonzalez was filed in the above matter on December 21, 2005 (Dkt. # 148).  A Change of Plea hearing is set for **January 23, 2006 at 10:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on January 19, 2006.**  If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (***see*** D.C.COLO.LCrR 11.1F).**  It is

FURTHER ORDERED that, in light of this change of plea hearing, the motions hearing for Defendant Villar-Gonzalez scheduled for January 5, 2006 is VACATED.

DATED: December 21, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge